# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN C. PERRY

NO. 2025 KW 0955

**NOVEMBER 26, 2025**

---

In Re: Steven C. Perry, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 634673.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include an extension of the return date order, which requires the application to be filed in this court on or before September 19, 2025, therefore this writ application appears untimely. Relator failed to comply with Rules 4-5(A) and (B) in that the application does not contain an affidavit verifying the allegations of the petition and that service was made, it is not properly bound, and the pages are not consecutively numbered. Relator also failed to comply with Rules 4-5(C)(1), (4), (6), (9), and (10), by failing to include an index, issues and questions of law, the judgment or ruling complained of, any opposition or written statement that no opposing written opposition was filed, and the pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that relator failed to include a copy of the bench trial transcript and a copy of any exhibits introduced at trial. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La. 1983), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 8 L.Ed.2d 235 (1983); La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, the application must be filed on or before January 30, 2026. Any future filing on this issue should include proof that a timely extension to the return date was obtained, the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT